**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Quanta Indemnity Company, | No. CV 11-1807-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. |  |
| North American Specialty Insurance Company; General Fidelity Insurance Company; Amberwood Development Inc.; Amberwood Homes LLC; Roll Tide LLP; Summerset Marketing Enterprises Inc.; Winston Casas LLC, |  |
| Defendants. |  |

The Court has received Plaintiff's supplement regarding jurisdiction (Doc. 50).

**IT IS ORDERED** that Plaintiff shall file a second supplement regarding jurisdiction by July 20, 2012 alleging the citizenship of the Johnson Family Trust.[1]

DATED this 12th day of July, 2012.

James A. Teilborg
United States District Judge

---

[1] "A trust has the citizenship of its trustee or trustees." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).